IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:08cr15DCB-FKB

PEDRO ESTRADA-ONOFRE                          8 U.S.C. § 1324(a)(1)(A)(ii)

## ORDER OF CONVICTION

Pursuant to the official records of the United States District Court for the Southern District of Mississippi, including the Plea Agreement filed on June 3, 2008 and the transcript of the plea hearing, this Court hereby certifies by virtue of this Order of Conviction, that on June 3, 2008, following a knowing and voluntary plea of guilty by the defendant, the defendant was found guilty and thereby convicted by this Court in the above-captioned criminal case of transporting illegal aliens for commercial advantage or private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

IT IS SO ORDERED this the __26th__ day of January, 2012.

                                                s/ David Bramlette
                                                The Honorable David C. Bramlette, III
                                                United States Senior District Judge