UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                               Criminal No. 3:08cr15DCB-FKB

PEDRO ESTRADA-ONOFRE

## ORDER TO UNSEAL PLEA AGREEMENT

Upon the motion of the United States Attorney, which the Court grants, the Clerk is directed to unseal the plea agreement in the above-captioned cause.

SO ORDERED, this the 2nd day of February, 2012.

                                                      s/David Bramlette
                                                     DAVID C. BRAMLETTE, III
                                                     UNITED STATES DISTRICT JUDGE